**Order entered October 16, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01361-CR

**MICHAEL KEVIN ADAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81115-2014**

## ORDER

Before the Court is the State's October 13, 2017 "First Motion for an Extension of Time to File the State's Tendered Brief." The State's brief was received by the Court on October 13, 2017. This case is set for submission on November 15, 2017.

We **GRANT** the State's October 13, 2017 motion to extend time for filing its brief and **ORDER** the brief tendered to the Clerk of the Court contemporaneously with that motion filed as of the date of this order.

/s/    DOUGLAS S. LANG
          PRESIDING JUSTICE